Matter of Kameron C.R. (Alexis M.B.-R.) (2023 NY Slip Op 06679)

Matter of Kameron C.R. (Alexis M.B.-R.)

2023 NY Slip Op 06679

Decided on December 22, 2023

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on December 22, 2023
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: SMITH, J.P., CURRAN, MONTOUR, GREENWOOD, AND NOWAK, JJ.

984 CAF 22-00798

[*1]IN THE MATTER OF KAMERON C.R. OSWEGO COUNTY DEPARTMENT OF SOCIAL SERVICES, PETITIONER-RESPONDENT; ALEXIS M.B.-R., RESPONDENT-APPELLANT. (APPEAL NO. 2.)

ROBERT J. GALLAMORE, ST. GEORGE, UTAH, FOR RESPONDENT-APPELLANT. 
AMY L. HALLENBECK, GLOVERSVILLE, FOR PETITIONER-RESPONDENT.
SCOTT OTIS, WATERTOWN, ATTORNEY FOR THE CHILD.

 Appeal from an order of the Family Court, Oswego County (Thomas Benedetto, J.), entered April 25, 2022, in a proceeding pursuant to Family Court Act article 10. The order granted an order of protection against respondent in favor of the subject child. 
It is hereby ORDERED that said appeal is unanimously dismissed without costs.
Same memorandum as in Matter of Kameron R. (Alexis R.) ([appeal No. 1] — AD3d — [Dec. 22, 2023] [4th Dept 2023]).
Entered: December 22, 2023
Ann Dillon Flynn
Clerk of the Court